UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANNA C. DAVIS | CIVIL ACTION |
| VERSUS | NO: 06-7498 |
| LEXINGTON INSURANCE COMPANY ET AL. | SECTION: "S" (2) |

### ORDER

IT IS HEREBY ORDERED that Anna C. Davis' unopposed motion to remand is

GRANTED, and the case is REMANDED to Civil District Court for the Parish of Orleans,

State of Louisiana.  (Document #8.)

New Orleans, Louisiana, this   16th  day of May, 2007.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE